AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

# CRIMINAL COMPLAINT

**OTTO B. LUCAS**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.  On or about ___JULY 9, 2008___ in ___WASHINGTON___ county, in the _____

District of ___COLUMBIA___ defendant(s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess  with intent to distribute a mixture  and  substance
containing a detectable amount of phencyclidine, , also known as PCP, a Schedule II controlled substance.

in violation of Title ___21___ United States Code, Section(s) ___841(a)(1)___.

I further state that I am ___OFFICER ALVIN CARDINAL___, and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:        ☒ Yes   ☐ No

_____

Signature of Complainant
**OFFICER ALVIN CARDINAL**
**NARCOTICS & SPECIAL**
**INVESTIGATIONS DIVISION, MPD**

Sworn to before me and subscribed in my presence,

_____ at ___Washington, D.C.___
Date                                                              City and State

_____          _____
Name & Title of Judicial Officer                     Signature of Judicial Officer

## STATEMENT OF FACTS

On July 9, 2008, sworn members of the Metropolitan Police Department's Narcotics & Special Investigation Division executed a D.C. Superior Court search warrant at #xx xxxxxxxxxxx xxxxxx, xxxx, #xxx, Washington, DC.  After receiving no answer, officers entered the apartment, and found the defendant, Otto Lucas, in the bedroom.  A short time after entering the apartment, officers were contacted by an officer located outside, who stated there were some objects that had been thrown from a third floor window.  It was determined that the window was the bedroom window of apartment xxx.  Recovered from under the landing, directly beneath the bedroom window, was a 24 ounce Mountain Dew bottle with a false compartment, and a 12 ounce Pepsi bottle with a false top.  Concealed in the compartment were two one ounce vials, each containing a yellow liquid substance.  A search of the apartment revealed a small jewelry box with ten small glass vials, each vial containing a yellow liquid substance, a small black change pouch with two small glass vials, each containing a yellow liquid substance, a Red Bull can with a false top with a vial one ounce vial of yellow liquid substance, a green fatigue pouch with eighteen small ziplocs containing a green leafy substance, a digital scale, several additional false bottom cans, a shoe box containing various cartridges of ammunition and a gun cleaning kit, latex gloves, a Desonex can with a false bottom with a glass vial containing a yellow liquid substance, mail matter in the defendant's name, assorted drug paraphernalia, a PIK-NEK cannister containing a white rock-like substance, and approximately $2,447.00 in U.S. Currency.  A portion of the white rock-like substance field tested positive for cocaine.  The vials containing the yellow liquid substance had a strong chemical odor consistent with phencyclidine (PCP).  The approximate weight of the suspected PCP was more than 100 grams, which is an amount commonly indicating that the suspected PCP was going to be sold to others rather than used exclusively by the defendant.


_____
OFFICER ALVIN CARDINAL
NARCOTICS & SPECIAL INVESTIGATION DIVISION
METROPOLITAN POLICE DEPARTMENT


SWORN AND SUBSCRIBED BEFORE ME ON THIS __ DAY OF JULY, 2008.


_____
U.S. MAGISTRATE JUDGE